UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Ydisa McAfee<br><br>　　　　Plaintiff,<br><br>v.<br><br>Santander Consumer USA, Inc.<br><br>　　　　Defendant. | Case No. 2:15-cv-00966-DEJ<br><br>Judge:  Honorable David E. Jones<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Hyslip & Taylor, LLC, LPA | Troutman Sanders, LLP |
| By: /s/ David M. Menditto | By: /s/ Robert E. Browne, Jr. |
| David M. Menditto (IL Bar No. 6216541) | Robert E. Browne, Jr. (IL Bar No. 6255678) |
| 1100 W. Cermak Rd., Suite B410 | 55 W. Monroe St., Suite 300 |
| Chicago, IL  60608 | Chicago, IL 60603 |
| Telephone:  312-380-6110 | Telephone: 312-759-1923 |
| Fax:  312-361-3509 | Fax: 312-759-1939 |
| Email: davidm@fairdebt411.com | Email: robert.browne@troutmansanders.com |
| Attorney for Plaintiff | Attorney for Defendant |
| Date: October 15, 2015 | Date: October 15, 2015 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Robert E. Browne, Jr.
Troutman Sanders, LLP
55 W. Monroe St., Suite 300
Chicago, IL 60603

Counsel for:
Santander Consumer USA, Inc.

/s/ David M. Menditto